**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Raymond SHERMAN, Sr., Defendant—Appellant.**

No. 02–50333.

D.C. No. CR–02–00454–ER–1.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 15, 2003.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Christopher Calarco, U.S. Attorney Office, Los Angeles, CA, for Plaintiff–Appellee.

Kathryn A. Young, FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before GOODWIN, WALLACE and TROTT, Circuit Judges.

MEMORANDUM**

Raymond Sherman, Sr., appeals from the district court's dismissal, without prejudice, of the federal indictment charging him with four counts of bank robbery in violation of 18 U.S.C. § 2113(a).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Sherman's counsel has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Sherman has filed a pro se supplemental brief, and the government has answered.

Following our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), counsel's motion to withdraw is **GRANTED,** and the appeal is **DISMISSED** for lack of jurisdiction.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).